UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
GERARDO ESCAMILLA, individually and on
behalf of others similarly situated,

Plaintiff,

-against-

BOMBAY'S INDIAN CUISINE, VIDHAN
BHATT INC., VIDHAN FOODS INC.,
PRESHANT BHATT and SONAL VYAS,

Defendants.
----------------------------------------------------------X

Case 1: 21 cv 019948

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:   Vincent E. Bauer, Esq.
      LAW OFFICES OF VINCENT E. BAUER
      425 Madison Avenue, 17th floor
      New York, NY 10017
      Tel: (212) 575-1517
      Email: vbauer@vbauerlaw.com

   PLEASE TAKE NOTICE that Plaintiff GERARDO ESCAMILLA hereby accepts the offer of judgment made by BOMBAY'S INDIAN CUISINE, VIDHAN BHATT INC., VIDHAN FOODS INC., PRESHANT BHATT and SONAL VYAS, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated October 20, 2021  A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       October 20,2021

Respectfully submitted,

_____
Michael Faillace, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
Michael@FaillaceLaw.com
212-317-1200