UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GERARDO ESCAMILLA, individually and on behalf of others similarly situated,

Plaintiff,

-against-

BOMBAY'S INDIAN CUISINE, VIDHAN BHATT INC., VIDHAN FOODS INC., PRESHANT BHATT and SONAL VYAS,

Defendants.
-------------------------------------------------------X

**Case** 1: 21 cv 019948

**JUDGMENT**

    On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff GERARDO ESCAMILLA, have judgment against Defendants BOMBAY'S INDIAN CUISINE, VIDHAN BHATT INC., VIDHAN FOODS INC., PRESHANT BHATT and SONAL VYAS, (collectively "Defendants"), jointly and severally, in the amount of $16,500.00, (Sixteen Thousand, Five Hundred Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.
.

    Dated: _____, 20___    SO ORDERED,

                                                                     _____