USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GERARDO ESCAMILLA, individually and on behalf of others similarly situated,

Plaintiff,

-against-

BOMBAY'S INDIAN CUISINE, VIDHAN BHATT INC., VIDHAN FOODS INC., PRESHANT BHATT and SONAL VYAS,

Defendants.
---------------------------------------------------------X

**Case** 1: 21 cv 01994

**JUDGMENT**

On October 20, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff GERARDO ESCAMILLA, have judgment against Defendants BOMBAY'S INDIAN CUISINE, VIDHAN BHATT INC., VIDHAN FOODS INC., PRESHANT BHATT and SONAL VYAS, (collectively "Defendants"), jointly and severally, in the amount of $16,500.00, (Sixteen Thousand, Five Hundred Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.
.

SO ORDERED.

Dated: October 20, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge