USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
GERARDO ESCAMILLA, *individually and* :
*on behalf of others similarly situated*, :
: 1:21-cv-01994-GHW
Plaintiff, :
: ORDER
-against- :
:
BOMBAY'S INDIAN CUISINE INC. d/b/a :
BOMBAY'S INDIAN CUISINE, VIDHAN :
BHATT INC. d/b/a AAHAR INDIAN :
CUISINE, PRASHANT BHATT and SONAL :
VYAS, :
:
Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    Michael Faillace is granted leave to withdraw as counsel for plaintiff. The Clerk of Court is instructed to terminate Mr. Faillace from the list of active counsel in this case.

    SO ORDERED.

Dated: December 28, 2021
New York, New York

                                            GREGORY H. WOODS
                                      United States District Judge